## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil No. |
| $40,289.85 IN ASSORTED PRECIOUS METALS, | : | |
| Defendant. | : | |
| [CLAIMANT: HARRISON ELBA] | : | October 22, 2018 |

### VERIFIED COMPLAINT OF FORFEITURE

Now comes Plaintiff, United States of America, by and through its attorneys, John H. Durham, United States Attorney for the District of Connecticut, and David X. Sullivan, Assistant United States Attorney, and respectfully states that:

1. This is a civil action in rem brought to enforce the provision of 21 U.S.C. § 881(a)(6), which provides for the forfeiture of proceeds traceable to the exchange of controlled substances in violation of the Controlled Substances Act, 21 U.S.C. §§ 801 et seq.

2. This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355. Venue is appropriate in the District of Connecticut by virtue of 28 U.S.C. § 1395(b).

3. The Defendant is $40,289.85 in Assorted Precious Metals ("Defendant Precious Metals").

4. The Defendant Precious Metals are located within the jurisdiction of this Court.

5. On July 23, 2018, Harrison Elba submitted an administrative claim of ownership to the Defendant Precious Metals.

1

## Background of Investigation

6. In August of 2017, law enforcement received information that Duane Filyaw ("Filyaw") was the head of a drug trafficking organization responsible for the distribution of bulk quantities of cocaine and heroin in and around New Haven, Connecticut. Filyaw and others conspired to purchase narcotics from suppliers and then distribute the drugs to other suppliers of street level dealers.

7. As part of this investigation, a Title III wire intercept was applied for and received by law enforcement. Among the telephones monitored by law enforcement pursuant to the Title III intercept was the cellular telephone of Salvatore Orsini ("Orsini"), a known narcotics trafficker and associate of Filyaw's.

8. On January 8, 2018 at approximately 12:03 p.m., law enforcement intercepted a text message from Harrison Elba ("Elba") to Orsini stating only "Hey." A short time later, at 12:35 p.m., a telephone call from Orsini to Elba was intercepted. In substance, Elba and Orsini discussed a meeting where Elba would travel to meet Orsini. Orsini asked Elba to give him an approximate time that Elba would be arriving so Orsini could call someone in New York and let them know. Elba then asked Orsini what his total is, "37 or 24?" Law enforcement knows through training and experience that Elba is asking if he should bring $37,000 or $24,000. Orsini tells Elba to bring "24" ($24,000). Elba agreed and told Orsini he will see him later.

9. On this same date at approximately 12:38 p.m., Orsini placed another telephone call to Elba and asks Elba if he can do the "37" ($37,000). Elba agrees and Orsini thanks him. At 2:26 p.m., law enforcement intercepted a phone call from Elba to Orsini in which Elba tells Orsini he

will be there around 3:35 p.m.  Orsini tells Elba to call him when he gets to Exit 42 off Interstate 95.  At approximately 3:03 p.m., Elba called Orsini to say that he is approaching Exit 42.  Orsini told Elba to enter 3 Marydale Road, West Haven, CT into his GPS and to meet Orsini at that address.

10. At approximately 3:05 p.m. on January 8, 2018, law enforcement established surveillance in the area of 3 Marydale Road, West Haven.  Law enforcement observed Orsini's black Mercedes Benz parked in front of the residence with Orsini standing near the vehicle.  Law enforcement then observed Elba's tan Volvo parked directly behind Orsini's Mercedes.  A short time later, law enforcement observed Elba's Volvo leaving 3 Marydale Road and maintained surveillance of the vehicle as it departed.  Law enforcement made a positive identification of Elba driving the Volvo before surveillance was terminated as Elba proceeded north on Interstate 91.

11. On January 19, 2018 at approximately 11:04 a.m., law enforcement intercepted a telephone call from Orsini to Elba.  Orsini and Elba engaged in a conversation in which Elba tells Orsini, "I'm going to head down your way in an hour or so."  Elba then asked Orsini, "if there is anything else besides the thing that we were talking about."  Orsini replied, "just bring that for me."

12. Based on the aforementioned wire intercept, at 12:21 p.m., law enforcement established surveillance in the vicinity of the Exit 42 off-ramp off Interstate 95 in anticipation of a narcotics transaction between Orsini and Elba.

13.     At approximately 1:39 p.m., law enforcement intercepted a telephone call from Orsini to Elba. Orsini asked Elba, "Where you at?" Elba replied, "Wallingford, making my way over to you. I have just one stop. It's going to take me five minutes and then I'm heading to you."

14.     At approximately 2:16 p.m., law enforcement intercepted a telephone call from Elba to Orsini. During that intercepted call, Elba said, "I'm coming up on 42 right now." Orsini replied, "All right go to Hillside, I'm about to go there right now."

15.     At approximately 2:17 p.m., law enforcement observed Elba, driving his tan colored Volvo, off the highway at exit 42. Law enforcement followed Elba to a residence located at 172 Hillside Avenue, West Haven where they observed him park in the driveway and exit his vehicle before walking towards the front door.

16.     At approximately 2:24 p.m., law enforcement intercepted a telephone call from Elba to Orsini. Elba asked Orsini, "Are you here yet?" Orsini replied, "yeah." Elba asked Orsini if he could enter the residence. Orsini replied, "Yeah, one second, just walk in." Law enforcement terminated surveillance with Elba's vehicle still parked in the driveway of 172 Hillside Avenue.

17.     On January 31, 2018, at 2:29 p.m. law enforcement intercepted a telephone call from Orsini to Elba in which Orsini asked Elba to come meet with him today (January 31, 2018). Elba seemed reluctant and told Orsini he would call him back. At approximately 2:34 p.m. Orsini called Elba a second time. In that call, Elba agreed to meet with Orsini. He told Orsini

4

that he would call him from the road. In a third intercepted call made at approximately 3:00 p.m., Elba notified Orsini that he would arrive at approximately 3:45 p.m.

18. On January 31, 2018, law enforcement intercepted a fourth telephone call from Elba to Orsini. In that intercepted call, after Elba informed Orsini that he was approaching exit 42 off Interstate 95, Orsini told Elba to meet him at his residence located at 172 Hillside Avenue, West Haven, CT.

19. After intercepting the four aforementioned telephone calls between Elba and Orsini, law enforcement observed Elba exiting Interstate 95 operating his tan Volvo and followed him to 172 Hillside Avenue where he parked his vehicle. A short time later, law enforcement observed both Elba and Orsini entering the residence. At approximately 4:14 p.m., Elba exited the residence alone before returning to his vehicle and leaving the area. Law enforcement maintained surveillance of Elba.

20. Law enforcement followed Elba onto Queen Street in Bristol, CT where he was observed failing to come to a complete stop as he rolled through a posted stop sign. After being stopped for this moving violation, a search of Elba's Volvo was conducted and one kilogram of cocaine was discovered in the trunk. At this time, Elba was arrested for violating State of Connecticut narcotics laws.

21. On April 19, 2018, a Federal Grand Jury returned a six count indictment charging 19 individuals including Harrison Elba for violations of the Controlled Substances Act. Specifically, Harrison Elba was charged in the Count One, Conspiracy to Distribute and to Possess with Intent to Distribute Heroin and Cocaine in violation of 21 U.S.C. § 846, and in

Count Four, Possession with Intent to Distribute and Distribution of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(ii).

22.  On April 25, 2018, Elba was arrested at his residence located at 125 Duncaster Road, Bloomfield, CT pursuant to a federal warrant.

23.  On April 25, 2018, after being advised of his Miranda rights, Elba made voluntary statements to law enforcement. Elba told law enforcement that he had met Orsini through his old roommate, Brian Ehlers ("Ehlers"). Elba said Ehlers brought Orsini to Elba's residence in order to introduce him to Elba. Elba said eventually Orsini only wanted to deal with Elba when it came to transactions involving large amounts of cocaine. Elba stated that he bought six kilograms of cocaine from Orsini since Elba has known him. Elba said Orsini charged him $37,000 per kilogram of cocaine.

24.  Elba stated that he rented a room from a friend at 54 Sandra Drive in East Hartford, CT for $500 a month for the purposes of breaking down and packaging the kilograms of cocaine for resale.

25.  Elba said he would normally sell the kilograms in half-kilogram amounts for $20,000 per half-kilogram, realizing a profit of $3,000 per kilogram. Elba said he would normally sell half a kilogram to an individual in West Hartford, Ct and would mail the other half to a friend in Colorado. Elba said that, on occasion, he would sell smaller amounts of cocaine to individuals.

26. Elba said Orsini came to Elba's house a few days after Elba was arrested and the kilogram of cocaine was seized. Even though the cocaine was now in the possession of law enforcement, Orsini still made Elba pay him $37,000 for the lost kilogram.

27. Also during the execution of the search warrant on April 25, 2018, Elba gave consent to law enforcement to search a safe located in his residence where $40,298.85 in assorted precious metals were discovered and seized by law enforcement.

28. On May 14, 2018, the DEA sent administrative notice to Harrison Elba of the seizure of $40,298.85 in precious metals and provided Elba with an opportunity to file an administrative claim of interest to the precious metals. On July 23, 2018, under penalty of perjury that his claim is true and correct, Harrison Elba submitted an administrative claim of ownership to the $40,289.85 in precious metals claiming that the assets were purchased using legal funds.

29. As part of the investigation into Elba's history of narcotics trafficking, the New Haven office of the DEA ("NHRO") contacted the Hartford office of the DEA ("HRO") who had had dealings with Elba in the past and had additional information regarding the precious metals.

30. The NHRO learned that back in November of 2012, an individual contacted the HRO and told them that an individual named Harrison Elba was a significant marijuana trafficker operating in the Simsbury, CT area. This individual also told the HRO that Elba was threatening him because he owed Elba $50,000 for the purchase of marijuana. The individual told the HRO that Elba had an associate who had previously transported 30 to 40 pounds of marijuana from California to the east coast in a single engine airplane.

31.     The NHRO learned that on three separate occasions in July of 2013, the HRO seized United States Currency from Elba which represented proceeds from the sale of marijuana. A total of $50,448 was seized and ultimately administratively forfeited as Elba did not file an administrative claims of ownership to the currency.  At that time, the DEA asked Elba about the Defendant Precious Metals and how he acquired them.  Elba told the DEA that he and his friends purchased the Defendant Precious Metals with the proceeds from the illegal sale of marijuana.

32.     The NHRO was also provided by the HRO with Elba's extensive banking history involving large sums of cash while he was still a college student.  The HRO had received information received from TD Bank that between 12/30/2011 and 03/15/2012, Elba (a student at Rensselaer Polytechnic Institute in Troy, NY) held a student checking account at TD Bank. According to TD Bank officials, during the same time-period referenced above, Elba deposited and withdrew a total of $94,252 in cash from his student checking account.  Between January 3, 2012 and March 5, 2012, Elba made 26 cash deposits into his account, ranging from $260 to $6,600, totaling $47,252.  Between December 30, 2011 and March 5, 2012, Elba made seven cash withdrawals from the account ranging from $3,000 to $9,500, totaling $47,000.

33.     Law enforcement had also received information from TD Bank that between February 26, 2011 and November 28, 2011, Elba frequented several Price Chopper locations in New York State and purchased numerous money orders all under the $3,000 threshold.

34.     Law enforcement had determined that on April 14, 2013, Elba deposited $17,000 in cash into two Bank of America accounts.  $8,000 was deposited into an account held in the name of Nathaniel Dean ("Dean"), and $9,000 was deposited into an account held in the name of

Christopher Souter. Dean, a resident of California, has an extensive criminal record in the State of California, including several arrests for the possession and distribution of marijuana.

35. Based on all of the above information, it is believed that $40,289.85 in Assorted Precious Metals constitutes proceeds from the illegal sale and distribution of narcotics and is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

36. The Defendant $40,289.85 in Assorted Precious Metals represent proceeds traceable to the exchange of controlled substances in violation of the Controlled Substances Act, 21 U.S.C. §§ 801 et seq., and is, therefore, subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States of America prays that a Warrant of Arrest In Rem be issued for $40,289.85 in Assorted Precious Metals; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the property to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

   /s/ John B. Hughes
JOHN B. HUGHES
CHIEF, CIVIL DIVISION
ASSISTANT U. S. ATTORNEY


*/s/ David X. Sullivan*
DAVID X. SULLIVAN
ASSISTAN U.S. ATTORNEY
157 CHURCH STREET, 25TH FLOOR
NEW HAVEN, CT  06510
(203) 821-3700
FEDERAL BAR # ct03793
David.Sullivan@usdoj.gov

## DECLARATION

I am a Special Agent for the United States Drug Enforcement Administration, and the agent assigned the responsibility for this case.

I have reviewed the contents of the foregoing Verified Complaint of Forfeiture and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of October, 2018.


    */s/ Michael Cogan*
MICHAEL COGAN
SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION